IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WILLIAM LOUIS WARREN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 5:25-CV-219 (CAR) |
| v. | : | |
| | : | |
| SCHWERMAN TRUCKING COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER DIRECTING PAYMENT OF FILING FEE OR FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff William Louis Warren, proceeding *pro se*, has filed a Complaint with this Court. However, to date, Plaintiff has failed to pay the required filing fee.[1] If Plaintiff wishes to proceed with his claims, he is **DIRECTED** to pay the required $405.00 filing fee to the Clerk of the Court. If Plaintiff is unable to pay the required fee or costs associated with these proceedings he may file an application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. If Plaintiff does not pay the required fee or file an application to proceed IFP within fourteen (14) days from the date of this Order, the Court will dismiss this case.

---

[1] 28 U.S.C. § 1914 authorizes the clerk of each district court to collect a filing fee from the party instituting any civil action, suit, or proceeding in the district court.

1

**SO ORDERED,** this 7th day of April, 2026.

<u>S/ C. Ashley Royal</u>
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT